UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARYSSA VEGA, an individual, | : |
| Plaintiff, | : Case No. 3:21-cv-00064 (CSH) |
| vs. | : |
| BROWN ROOFING COMPANY, INC., a Connecticut Corporation, | : |
| Defendant. | : September 14, 2021 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

Plaintiff, Maryssa Vega ("Plaintiff"), along with the Defendant, Brown Roofing Company, Inc. ("Brown"), hereby stipulate by and through their respective attorneys that all claims of Plaintiff against Brown may be dismissed with prejudice and without costs pursuant to Rule 41 of the Federal Rules of Civil Procedure.


PLAINTIFF,
MARYSSA VEGA

By: /s/ *Chiharu G. Sekino*
Chiharu G. Sekino
(Admitted *Pro Hac Vice*)
MILLER SHAH, LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
Email: cgsekino@millershah.com

DEFENDANT,
BROWN ROOFING COMPANY, INC.

By: /s/ *Anthony R. Minchella*
Anthony R. Minchella (ct18890)
984 Southford Road, Suite 14
Middlebury CT 06762
P: (203) 758-1069
F: (203) 758-2074
aminchella@minchellalaw.com

By:   /s/ *Laurie Rubinow*
      Laurie Rubinow (#27243)
      James E. Miller (#21560)
      MILLER SHAH, LLP
      65 Main Street
      Chester, CT 06412
      Telephone: (860) 526-1100
      Facsimile: (866) 300-7367
      Email: lrubinow@millershah.com
            jemiller@millershah.com

By:   /s/ *Monique Olivier*
      Monique Olivier
      (Admitted *Pro Hac Vice*)
      OLIVIER SCHREIBER & CHAO LLP
      201 Filbert Street, Suite 201
      San Francisco, CA 94133
      Telephone: (415) 484-0980
      Email: monique@osclegal.com

## **[PROPOSED] ORDER**

The Joint Stipulation of Dismissal with Prejudice is approved. The entire action, including all claims of Plaintiff against Brown is hereby dismissed with prejudice and without costs.

Dated: _____          _____
                               Charles S. Haight, Jr.
                               Senior Judge
                               United States District Court

## **CERTIFICATION OF SERVICE**

      I hereby certify that on this \_\_\_\_ day of _____, 2021, a copy of the foregoing, was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].   Parties may access this filing through the Court's system.

      */s/ Anthony R. Minchella CT 18890*
      Anthony R. Minchella