# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARYSSA VEGA, an individual, | : |
| | : No. 3:21-cv-00064 |
| Plaintiff, | : |
| vs. | : |
| | : |
| BROWN ROOFING COMPANY, INC., | : |
| a Connecticut corporation, | : |
| | : October 12, 2021 |
| Defendant. | : |
| | : |

### PLAINTIFF'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT

Pursuant to the Court's Order dated September 28, 2021, Plaintiff, Maryssa Vega, respectfully submits the contemporaneous time and expense records of her counsel, Miller Shah LLP and Olivier Schreiber & Chao, LLP, which are attached respectively as Exhibits "A" and "B,"[1] in support of the request that, as part of the settlement agreement, approximately one-third

---

[1] The lodestar calculated is based upon the normal hourly rates of all counsel, legal assistants and other timekeepers that are regularly approved by federal courts, including this District, in cases of this kind. The time and expenses of Miller Shah LLP are divided into two separate spreadsheets because Miller Shah LLP changed its timekeeping system during the course of this litigation. The time contained on the spreadsheets of Miller Shah is understated as the time of supervising partners, James E. Miller and Laurie Rubinow, was eliminated to be conservative and avoid the reporting of any time that would reflect the duplication of any efforts. Likewise, the time reported by Olivier Schreiber & Chao has been reviewed to eliminate any time entries that resulted from the inadvertent duplication of any efforts. As reflected in the accompanying time records, Chiharu G. Sekino devoted the vast majority of the time to this engagement on behalf of Miller Shah LLP. Ms. Sekino (https://millershah.com/our-people/chiharu-sekino/) began working for the predecessor to the firm in 2008 as a Legal Assistant and became an Associate of the firm in 2015 following her graduation from law school. Monique Olivier devoted the majority of the time on behalf of Olivier Schreiber & Chao LLP to

of the gross settlement amount ($49,147.65) be allocated to Plaintiff's counsels' fees and costs.

As reflected in Exhibits "A" and "B," Plaintiff's counsel's collective lodestar devoted to this matter is $174,299.50, and Plaintiff's counsel incurred expenses in the amount of $579.69. As a result, Plaintiff respectfully submits that the request for reimbursement is eminently reasonable and the settlement should be approved, including the amount allocated to attorneys' fees and expenses. *Fisher v. SD Protection, Inc.*, 948 F.3d 593, 600-603 (2d Cir. 2020)(noting that nothing in the FLSA prevents plaintiffs' counsel from recovering more than one-third of the settlement amount).[2]

For the reasons explained in the parties' Joint Motion and this Supplemental Submission pursuant to the Court's Order dated September 28, 2021, Plaintiff respectfully submits that the parties' settlement should be approved by the Court.

By: MILLER SHAH, LLP

/s/ Laurie Rubinow
James E. Miller (#21560)
Laurie Rubinow (#27243)
MILLER SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
         lrubinow@millershah.com

---

this engagement on behalf of that firm. Ms. Olivier (https://osclegal.com/attorneys/monique-olivier/) is well respected practitioner in the field of employment law, who has been admitted to practice law since 1997 and regularly handles significant wage and hour matters throughout the United States.

[2]Here, unlike the case in *Fisher*, Plaintiff's counsel request is limited to approximately one-third of the settlement amount inclusive of expenses.

Chiharu G. Sekino (Admitted Pro Hac Vice)
MILLER SHAH, LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
Email: cgsekino@millershah.com

Monique Olivier (Admitted Pro Hac Vice)
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Email: monique@osclegal.com


Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Supplemental Submission was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: October 12, 2021                    /s/Laurie Rubinow
                                           Laurie Rubinow