# EXHIBIT A

| Date | Hours | Description | User | Rate | Amount |
|---|---|---|---|---|---|
| | | **MILLER SHAH LLP** | | | |
| 9/10/2020 | 1 | Calls with client; prepare retainer re same. | Chiharu G. Sekino | $500.00 | $500.00 |
| 9/14/2020 | 0.7 | Finalize retainer and send same to client; call client. | Chiharu G. Sekino | $500.00 | $350.00 |
| 9/15/2020 | 2 | Calls with client re facts and retainer; review documents. | Chiharu G. Sekino | $500.00 | $1,000.00 |
| 9/21/2020 | 1.5 | Review documents; prepare for client call. | Chiharu G. Sekino | $500.00 | $750.00 |
| 9/22/2020 | 2.5 | Prep for and call with client; update notes. | Chiharu G. Sekino | $500.00 | $1,250.00 |
| 9/24/2020 | 1.5 | Research case law in CT; review documents. | Chiharu G. Sekino | $500.00 | $750.00 |
| 9/29/2020 | 3 | Research CT wage and hour laws; continue working on complaint. | Chiharu G. Sekino | $500.00 | $1,500.00 |
| 9/30/2020 | 0.8 | Continue working on complaint. | Chiharu G. Sekino | $500.00 | $400.00 |
| 10/1/2020 | 5 | Draft complaint; research claims; call client; send fact section to client. | Chiharu G. Sekino | $500.00 | $2,500.00 |
| 10/2/2020 | 3 | Call with client re additional information; research and revise re complaint. | Chiharu G. Sekino | $500.00 | $1,500.00 |
| 10/5/2020 | 2.5 | Research additional claims; call with client re same. | Chiharu G. Sekino | $500.00 | $1,250.00 |
| 10/6/2020 | 5.5 | Research potential claims; finalize draft complaint. | Chiharu G. Sekino | $500.00 | $2,750.00 |
| 10/7/2020 | 0.8 | Review and provide redline edits to draft complaint | Betsy A. Ferling | $215.00 | $172.00 |
| 10/7/2020 | 3 | Revise complaint; research various issues; correspond with client. | Chiharu G. Sekino | $500.00 | $1,500.00 |
| 10/8/2020 | 2 | Finalize draft complaint and send same to team. | Chiharu G. Sekino | $500.00 | $1,000.00 |
| 10/14/2020 | 0.2 | Call with JEM and MO re case. | Chiharu G. Sekino | $500.00 | $100.00 |
| 10/15/2020 | 0.4 | Call with client re preparing a demand letter. | Chiharu G. Sekino | $500.00 | $200.00 |
| 10/16/2020 | 3 | Draft demand letter; calculate damages. | Chiharu G. Sekino | $500.00 | $1,500.00 |
| 10/21/2020 | 0.1 | Follow up with JEM and MO re demand. | Chiharu G. Sekino | $500.00 | $50.00 |
| 10/23/2020 | 0.1 | Correspond with client re demand. | Chiharu G. Sekino | $500.00 | $50.00 |
| 10/27/2020 | 0.1 | Correspond with JEM/MO. | Chiharu G. Sekino | $500.00 | $50.00 |
| 10/28/2020 | 3.5 | Review, revise, and finalize demand letter; call with client re same; correspond with team re sending same; update filing deadline. | Chiharu G. Sekino | $500.00 | $1,750.00 |
| 10/29/2020 | 0.5 | Correspond with team re demand letter; correspond with client re same. | Chiharu G. Sekino | $500.00 | $250.00 |
| 11/12/2020 | 0.5 | Correspond with client re demand letter response; correspond with JB re same. | Chiharu G. Sekino | $500.00 | $250.00 |
| 11/13/2020 | 0.5 | Correspond with client; correspond with OC re same. | Chiharu G. Sekino | $500.00 | $250.00 |
| 11/23/2020 | 0.1 | Correspond with client re status. | Chiharu G. Sekino | $500.00 | $50.00 |
| 11/30/2020 | 0.3 | Correspond with team re OC response. | Chiharu G. Sekino | $500.00 | $150.00 |
| 12/2/2020 | 0.1 | Correspond with team re demand. | Chiharu G. Sekino | $500.00 | $50.00 |
| 12/3/2020 | 0.5 | Call with JEM and MO re response to demand; correspond with client. | Chiharu G. Sekino | $500.00 | $250.00 |
| 12/4/2020 | 1 | Call with MO and client re next steps and settlement number; email team re same. | Chiharu G. Sekino | $500.00 | $500.00 |
| 12/5/2020 | 0.3 | Call with client and correspond with MO re strategy in response to offer | Chiharu G. Sekino | $500.00 | $150.00 |
| 12/8/2020 | 0.1 | Correspond with MO re demand. | Chiharu G. Sekino | $500.00 | $50.00 |
| 12/9/2020 | 0.7 | Correspond with team re damages; review damages calculation. | Chiharu G. Sekino | $500.00 | $350.00 |
| 12/11/2020 | 1 | Correspond with client re response to demand; correspond with MO re documents. | Chiharu G. Sekino | $500.00 | $500.00 |

| Date | Hours | Description | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2020 | 0.5 | Correspond with team re research issues on various claims. | Chiharu G. Sekino | $500.00 | $250.00 |
| 12/14/2020 | 2 | Research on issues related to private rights of action | Tyler Rodriguez | $100.00 | $200.00 |
| 12/15/2020 | 0.5 | Review and revise complaint. | Chiharu G. Sekino | $500.00 | $250.00 |
| 12/16/2020 | 3 | Call with client; review documents; revise complaint and send same to MO. | Chiharu G. Sekino | $500.00 | $1,500.00 |
| 12/23/2020 | 0.3 | Correspond with client re exporting text messages; correspond with team re same. | Chiharu G. Sekino | $500.00 | $150.00 |
| 12/28/2020 | 1 | Correspond with client and MO re text messages; review re same. | Chiharu G. Sekino | $500.00 | $500.00 |
| 1/5/2021 | 3.4 | Review documents; create excel chart; correspond with AW re review of documents. | Chiharu G. Sekino | $525.00 | $1,785.00 |
| 1/5/2021 | 3.8 | Call and emails with Ms. Sekino regarding document review.  Review client documents and add data to spreadsheet. | Alexa White | $225.00 | $855.00 |
| 1/7/2021 | 0.8 | Correspond with client re question as to status and documents; correspond with AW re review of documents; correspond with MO re same. | Chiharu G. Sekino | $525.00 | $420.00 |
| 1/7/2021 | 8.6 | Review client documents and add data to spreadsheet.  Email completed document review to Ms. Sekino. | Alexa White | $225.00 | $1,935.00 |
| 1/8/2021 | 0.8 | R/R email from CS; researched the filing procedures and initiating document requirements of a new case opening; reviewed the CT District Court local rules and ECF filing guide; reviewed the docket; sent email to CS re doc requirements. | Marialisa Samo | $225.00 | $180.00 |
| 1/8/2021 | 3.1 | Review documents; revise excel re documents; correspond with team re filing complaint in DCT; review and revise complaint. | Chiharu G. Sekino | $525.00 | $1,627.50 |
| 1/11/2021 | 0.6 | R/R email from CS; reviewed the complaint; prepared the draft Civil Case Cover Sheet and Summons; emailed drafts to CS for review. | Marialisa Samo | $225.00 | $135.00 |
| 1/11/2021 | 4 | Revise complaint; research re certain issues; review additional documents; send client draft. | Chiharu G. Sekino | $525.00 | $2,100.00 |
| 1/12/2021 | 0.9 | Correspond with client; review and revise CCS and summons; correspond with team re same. | Chiharu G. Sekino | $525.00 | $472.50 |
| 1/13/2021 | 5 | Call with client; revise and finalize complaint; finalize CCS and Summons; correspond with team re same. | Chiharu G. Sekino | $525.00 | $2,625.00 |
| 1/14/2021 | 0.6 | Correspond with team re filing; revise CCS. | Chiharu G. Sekino | $525.00 | $315.00 |
| 1/15/2021 | 1.4 | Revise and finalize complaint; correspond with team; correspond with client. | Chiharu G. Sekino | $525.00 | $735.00 |
| 1/15/2021 | 0.3 | E-file civil cover sheet, summons and complaint; request for issuance of summons | Betsy A. Ferling | $225.00 | $67.50 |
| 1/19/2021 | 0.6 | Review docket and determine next steps; correspond with co counsel. | Chiharu G. Sekino | $525.00 | $315.00 |
| 1/20/2021 | 2.3 | Review orders received from court; review judge's rules; correspond with client re next steps; correspond with MO re service; review additional docs received. | Chiharu G. Sekino | $525.00 | $1,207.50 |
| 1/29/2021 | 0.2 | Correspond with team re PHV. | Chiharu G. Sekino | $525.00 | $105.00 |
| 2/1/2021 | 0.4 | Correspond with team re service and PHV; correspond with OC re complaint. | Chiharu G. Sekino | $525.00 | $210.00 |
| 2/2/2021 | 0.2 | Prepare and e-file LR appearance | Betsy A. Ferling | $225.00 | $45.00 |
| 2/2/2021 | 0.5 | Prepare draft PHV papers for CGS and MO circulate same for review | Betsy A. Ferling | $225.00 | $112.50 |
| 2/2/2021 | 0.5 | Prepare waiver of summons; correspond with team re same. | Chiharu G. Sekino | $525.00 | $262.50 |
| 2/5/2021 | 0.6 | Correspond with client re documents and w2 issue; correspond with team re same. | Chiharu G. Sekino | $525.00 | $315.00 |

| Date | Hours | Description | Attorney | Rate | Amount |
|---|---|---|---|---|---|
| 2/8/2021 | 0.1 | E-file executed waiver of service of process and send same (with COS) to defense counsel | Betsy A. Ferling | $225.00 | $22.50 |
| 2/8/2021 | 1.5 | Correspond with BF re proof of service of summons; call with JEM; update deadlines; review rules re discovery production. | Chiharu G. Sekino | $525.00 | $787.50 |
| 2/9/2021 | 0.6 | Correspond with client re documents and next steps. | Chiharu G. Sekino | $525.00 | $315.00 |
| 2/10/2021 | 0.8 | Correspond with client re W2 issue; email MO re same; review documents. | Chiharu G. Sekino | $525.00 | $420.00 |
| 2/11/2021 | 0.1 | Email to CGS re PHV papers | Betsy A. Ferling | $225.00 | $22.50 |
| 2/16/2021 | 0.1 | Correspond with MO re PHV and next steps. | Chiharu G. Sekino | $525.00 | $52.50 |
| 2/18/2021 | 0.1 | Email comm with MO and CGS re PHV papers | Betsy A. Ferling | $225.00 | $22.50 |
| 2/18/2021 | 0.5 | Finalize PHV; correspond with team re same; correspond with OC re same. | Chiharu G. Sekino | $525.00 | $262.50 |
| 2/22/2021 | 0.1 | Review local rules re: PHV papers/date of affidavit and comm with CGS re same | Betsy A. Ferling | $225.00 | $22.50 |
| 2/22/2021 | 0.7 | Correspond with BF re notary issue; research re expiration of notarized document; correspond with OC re PHV apps. | Chiharu G. Sekino | $525.00 | $367.50 |
| 2/23/2021 | 0.1 | Correspond with MO re PHV issue. | Chiharu G. Sekino | $525.00 | $52.50 |
| 2/24/2021 | 0.3 | Email comm with CGS; finalize motions for admission of CGS and MO and wait to hear from CGS before e-filing same | Betsy A. Ferling | $225.00 | $67.50 |
| 2/24/2021 | 0.4 | Revise/finalize motions for admission of CGS and MO and e-file same; mail same to opposing counsel | Betsy A. Ferling | $225.00 | $90.00 |
| 2/24/2021 | 0.4 | Correspond with team re PHV; review same. | Chiharu G. Sekino | $525.00 | $210.00 |
| 2/25/2021 | 0.2 | Review docket; email comm with CGS and MO re procedure to follow re filing COGSs, setting up ECF for attys and filing appearances; email to SM, MS and AZ re current COGS for CGS | Betsy A. Ferling | $225.00 | $45.00 |
| 2/25/2021 | 0.1 | Order COGS for CGS re PHV in matter | Betsy A. Ferling | $225.00 | $22.50 |
| 2/25/2021 | 0.2 | Email comm with CGS re ECF log-in for NEXTGen and troubleshoot same | Betsy A. Ferling | $225.00 | $45.00 |
| 2/25/2021 | 0.7 | Correspond with OC re PHV; correspond with BF re next steps to PHV; research re same. | Chiharu G. Sekino | $525.00 | $367.50 |
| 2/26/2021 | 2.3 | Review additional documents; prepare responses to initial discovery requests. | Chiharu G. Sekino | $525.00 | $1,207.50 |
| 3/3/2021 | 0.2 | Email comm to CGS and MO re NextGen accounts for e-filing purposes in matter and register CGS for e-filing registration in D. Ct. | Betsy A. Ferling | $225.00 | $45.00 |
| 3/3/2021 | 0.8 | Correspond with LR and BF re PHV and discovery issues; continue working on discovery responses. | Chiharu G. Sekino | $525.00 | $420.00 |
| 3/4/2021 | 0.6 | Call PACER (on hold for about 20 minutes) to troubleshoot ECF registration issue; finalize and e-file COGSs with COS for CGS and MO; hard copy of same mailed to OC | Betsy A. Ferling | $225.00 | $135.00 |
| 3/4/2021 | 3.8 | Research re waiver of service of summons issue and appearance of D; correspond with LR re same; review documents; correspond with BF and LR re PHV; correspond with client re vmail she received from BRC client. | Chiharu G. Sekino | $525.00 | $1,995.00 |
| 3/5/2021 | 0.5 | Finalize and e-file MO appearance; hold ands/w Pacer to troubleshoot search privileges for CGS and e-file her appearance; mail hard copy of both appearances to OC | Betsy A. Ferling | $225.00 | $112.50 |
| 3/5/2021 | 2.3 | Call with LR and MO re status of case; correspond with OC re vmail received by client; correspond with client re same; continue working on discovery. | Chiharu G. Sekino | $525.00 | $1,207.50 |

| Date | Hours | Description | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|
| 3/8/2021 | 0.4 | Correspond with team re Rule 26f conference and PHV issue. | Chiharu G. Sekino | $525.00 | $210.00 |
| 3/9/2021 | 0.1 | Correspond with LR re 26f conference. | Chiharu G. Sekino | $525.00 | $52.50 |
| 3/10/2021 | 2.6 | Call with client re discovery; begin draft on Rule 26f report; update discovery responses; correspond with MO re Rule 26f meeting. | Chiharu G. Sekino | $525.00 | $1,365.00 |
| 3/11/2021 | 0.1 | Correspond with LR re Rule 26f. | Chiharu G. Sekino | $525.00 | $52.50 |
| 3/15/2021 | 0.4 | Correspond with client re additional documents; correspond with OC re Rule 26(f) conference. | Chiharu Sekino | $525.00 | $210.00 |
| 3/16/2021 | 0.1 | Correspond with OC and team re Rule 26(f) conference. | Chiharu Sekino | $525.00 | $52.50 |
| 3/22/2021 | 0.9 | Review additional docs and correspond with AW re same; on discovery responses. | Chiharu Sekino | $525.00 | $472.50 |
| 3/23/2021 | 3.7 | Correspond with client re damages; review documents; calculate damages for overtime and retaliation; research re same; revise discovery responses. | Chiharu Sekino | $525.00 | $1,942.50 |
| 3/24/2021 | 2.8 | Call with Ms. Sekino regarding assignment. Document review and chart regarding text messages evidencing off the clock work. | Alexa White | $225.00 | $630.00 |
| 3/24/2021 | 0.3 | T/C with AW re client documents. | Chiharu Sekino | $525.00 | $157.50 |
| 3/25/2021 | 4.4 | Review documents for evidence of off the clock work and add relevant information to excel chart. Email to Ms. Sekino regarding completed assignment. | Alexa White | $225.00 | $990.00 |
| 3/29/2021 | 5.2 | Review documents; draft 26f report; correspond with OC re M/C; correspond with CC re same; revise discovery responses. | Chiharu Sekino | $525.00 | $2,730.00 |
| 3/31/2021 | 1.9 | Correspond with OC re M/C; correspond with MO re same; review and redact docs to be produced. | Chiharu Sekino | $525.00 | $997.50 |
| 4/1/2021 | 1.1 | Review and redact documents; correspond with OC and CC re Rule 26f. | Chiharu Sekino | $525.00 | $577.50 |
| 4/5/2021 | 4.1 | Prepare for and M/C with MO and OC re Rule 26; review and revise report and send same to OC; T/Cs with MO re same; revise deadline chart; review additional documents; update notes. | Chiharu Sekino | $525.00 | $2,152.50 |
| 4/6/2021 | 0.2 | Review filing re responsive pleading and deadlines. | Chiharu Sekino | $525.00 | $105.00 |
| 4/7/2021 | 0.4 | Research default motion; correspond with MO and OC re Rule 26 and Ds failure to answer. | Chiharu Sekino | $525.00 | $210.00 |
| 4/8/2021 | 0.2 | Correspond with LR re status and next steps. | Chiharu Sekino | $525.00 | $105.00 |
| 4/13/2021 | 0.6 | Revise discovery responses; correspond with client re same and next steps. | Chiharu Sekino | $525.00 | $315.00 |
| 4/14/2021 | 0.8 | Correspond with OC; review scheduling order and update calendar; review damages. | Chiharu Sekino | $525.00 | $420.00 |
| 4/15/2021 | 0.1 | Correspond with OC re Answer. | Chiharu Sekino | $525.00 | $52.50 |
| 4/16/2021 | 0.3 | T/C with client re Ds Answer; send same to client. | Chiharu Sekino | $525.00 | $157.50 |
| 4/29/2021 | 0.8 | Correspond with MO re discovery status; correspond with client re same; review damages analysis. | Chiharu Sekino | $525.00 | $420.00 |
| 5/5/2021 | 3.3 | T/C with OC; correspond with MO re same; update damage calculations and discovery responses; research discovery protocol for wrongful termination. | Chiharu Sekino | $525.00 | $1,732.50 |
| 5/6/2021 | 0.8 | Correspond with OC and MO re settlement demand and discovery issue; review additional discovery. | Chiharu Sekino | $525.00 | $420.00 |

| Date | Hours | Description | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|
| 5/11/2021 | 0.8 | Review doc production; correspond with AK re redacting; correspond with MO re next steps. | Chiharu Sekino | $525.00 | $420.00 |
| 5/12/2021 | 1.2 | Review and revise discovery and redacting documents; correspond with AK re same; correspond with MO re status. | Chiharu Sekino | $525.00 | $630.00 |
| 5/12/2021 | 3.1 | Review and revise discovery and redacting documents; correspond with CS; review Complaint regarding open issues | Anika Keuning | $100.00 | $310.00 |
| 5/12/2021 | 0.8 | R/R email from CGS; downloaded the doc production and saved to Dropbox; Bates numbered the docs; uploaded the PDF to Egnyte; prepared a link and password and emailed it to CGS. | Marialisa Samo | $225.00 | $180.00 |
| 5/13/2021 | 4.9 | Research re prejudgment interest and various damages; calculate same; revise damages chart; correspond with MO re same; T/Cs with IL. | Chiharu Sekino | $525.00 | $2,572.50 |
| 5/13/2021 | 4.5 | Researched issues re prejudgment interest rate calculations; created excel spreadsheet to calculate prejudgment interest | Ian Lam | $300.00 | $1,350.00 |
| 5/14/2021 | 1.9 | Research prejudgment interest for CT; revise damages; correspond with MO re same. | Chiharu Sekino | $525.00 | $997.50 |
| 5/16/2021 | 0.3 | Correspond with MO re settlement demand and discovery. | Chiharu Sekino | $525.00 | $157.50 |
| 5/17/2021 | 3.3 | Finalize discovery responses and production and serve same; T/C with client re settlement demand; T/C with OC re discovery requests; correspond with MO re same. | Chiharu Sekino | $525.00 | $1,732.50 |
| 5/24/2021 | 0.9 | Draft additional discovery response; correspond with OC re status of defendant's response. | Chiharu Sekino | $525.00 | $472.50 |
| 5/26/2021 | 0.6 | Correspond with client re discovery issues; correspond with MO and client re discovery responses, depo notice, and subpoena. | Chiharu Sekino | $525.00 | $315.00 |
| 5/27/2021 | 4.7 | Draft discovery requests and status report; review depo notice, subpoena, and discovery; correspond with AB and AK re review of documents; correspond with MO re same; T/C with client re subpoena requests and discovery responses. | Chiharu Sekino | $525.00 | $2,467.50 |
| 5/28/2021 | 2.9 | T/C with client re discovery issues; correspond with MO re same; correspond with OC re deposition; revise discovery requests; research re subpoena issue; correspond with AK re review of documents. | Chiharu Sekino | $525.00 | $1,522.50 |
| 6/1/2021 | 0.3 | Correspond with client re discovery responses; correspond with OC re call; correspond with MO re same. | Chiharu Sekino | $525.00 | $157.50 |
| 6/1/2021 | 0.2 | R/R email from CGS; saved the PMK Depo notice to Dropbox and mail logged. | Marialisa Samo | $225.00 | $45.00 |
| 6/2/2021 | 5.3 | T/C with client; T/C with OC re discovery issues; correspond with MO; pull documents from client's email and indeed accounts; T/C with AK re discovery issues; review discovery responses; update notes. | Chiharu Sekino | $525.00 | $2,782.50 |
| 6/3/2021 | 4 | T/C with CS regarding discovery files; downloaded and sorted job application files | Anika Keuning | $100.00 | $400.00 |
| 6/3/2021 | 2.7 | Analyze discovery documents; correspondence with CS | Anika Keuning | $100.00 | $270.00 |
| 6/3/2021 | 1.1 | T/C with MO re discovery issues; correspond with AK re same; T/C with client re settlement offer; correspond with OC re same; review status report. | Chiharu Sekino | $525.00 | $577.50 |
| 6/4/2021 | 0.3 | S/w CGS re joint status report, revise/finalize and e-file same | Betsy Ferling | $225.00 | $67.50 |

| Date | Hours | Description | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|
| 6/4/2021 | 1.2 | Correspond with OC re Joint Status Report; T/Cs with MS and BF re same; revise Joint Status; correspond with MO re discovery requests; revise same; T/C with AK re reviewing discovery requests. | Chiharu Sekino | $525.00 | $630.00 |
| 6/7/2021 | 2.9 | Compiled earning statements in an Excel sheet | Anika Keuning | $100.00 | $290.00 |
| 6/7/2021 | 4.8 | Correspond with MO and LR re subpoena issue; T/C with Care4Kids attorney; research re subpoena issue; prepare objections to subpoena; finalize discovery request and send same to OC; correspond with client re same. | Chiharu Sekino | $525.00 | $2,520.00 |
| 6/7/2021 | 0.2 | R/R email from CGS; saved Defendant Brown Roofing Company, Inc.'s Compliance with Adverse Action Initial Discovery Protocols to Dropbox; added doc to mail log. | Marialisa Samo | $225.00 | $45.00 |
| 6/7/2021 | 0.2 | R/R email from CGS; saved Plaintiff's Interrogatories and Request for Production of Documents, Set One and Proof of Service to Dropbox and mail logged. | Marialisa Samo | $225.00 | $45.00 |
| 6/8/2021 | 0.2 | Call with CGS re e-filing of doc/decl. on 6/9; activate here PACER privileges and save log in info to RM | Betsy Ferling | $225.00 | $45.00 |
| 6/8/2021 | 0.6 | R/R email from CGS; reviewed the Court's local rules and Judge's standing orders regarding Motion to Quash, Proposed Orders, and hearing date requirements; sent email to CGS re requirements. | Marialisa Samo | $225.00 | $135.00 |
| 6/8/2021 | 0.2 | R/R email from CGS; reviewed the Judge's standing orders and COVID notices regarding chambers copies. | Marialisa Samo | $225.00 | $45.00 |
| 6/8/2021 | 7.8 | T/Cs with LR, MO, and Care4Kids Attorney re motion to quash; research re issue; draft motion and related documents; correspond with client re status. | Chiharu Sekino | $525.00 | $4,095.00 |
| 6/9/2021 | 0.7 | R/R email from CGS; ECF filed the Motion to Quash Subpoena, Memo of Ps&As; Declaration of CGS, and Proposed Order; saved filed copies to Dropbox; printed all docs and mailed a copy to Ed Heath; mailed chambers copy. | Marialisa Samo | $225.00 | $157.50 |
| 6/9/2021 | 5.9 | Revise, research, finalize, and serve motion to quash and related papers; correspond with OC re same; correspond with Care4Kids re same; revise objections to subpoena; T/Cs with team re same. | Chiharu Sekino | $525.00 | $3,097.50 |
| 6/9/2021 | 1.1 | R/R email from CGS; ECF filed the Motion to Quash Subpoena, Memo of Ps&As, Declaration of CGS, and Proposed Order; prepared chambers copy cover sheet; printed all docs; prepared FedEx label; took docs to FedEx for mailing. | Marialisa Samo | $225.00 | $247.50 |
| 6/10/2021 | 4.2 | T/Cs with LR and OC; correspond with Care4Kids; review Motion to Quash; review discovery; T/C with client re status. | Chiharu Sekino | $525.00 | $2,205.00 |
| 6/10/2021 | 0.2 | R/R email from CGS; saved Motion to Quash Subpoena and supporting docs to Dropbox and added to mail log. | Marialisa Samo | $225.00 | $45.00 |
| 6/11/2021 | 2.8 | Correspond with OC re settlement conference; correspond with MO re discovery issues; review and revise discovery responses; review production; correspond with client re same. | Chiharu Sekino | $525.00 | $1,470.00 |
| 6/14/2021 | 0.4 | T/C with client re settlement conference; correspond with OC and team re same; correspond with clerk re same. | Chiharu Sekino | $525.00 | $210.00 |
| 6/14/2021 | 3 | CR w CS re compensable time; research re same | Anika Keuning | $100.00 | $300.00 |

| Date | Hours | Description | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|
| 6/15/2021 | 1.5 | Finalize discovery responses and production; correspond with MO re same; prepare notices of deposition; review research re compensable time. | Chiharu Sekino | $525.00 | $787.50 |
| 6/16/2021 | 1.4 | Finalize and send discovery responses to OC; prepare and serve notices of depositions; correspond with team and Tony re same. | Chiharu Sekino | $525.00 | $735.00 |
| 6/16/2021 | 0.2 | R/R email from CGS; saved the Discovery Responses and Second Production to Dropbox and mail logged. | Marialisa Samo | $225.00 | $45.00 |
| 6/17/2021 | 0.3 | Correspond with team re enlargement of time issue; research re same. | Chiharu Sekino | $525.00 | $157.50 |
| 6/18/2021 | 0.3 | Correspond with LR re inquiry from OC re request for extension; correspond with OC re same. | Chiharu Sekino | $525.00 | $157.50 |
| 6/21/2021 | 1.8 | T/C with LR and OC re discovery issues; review discovery responses and production; correspond with client re same. | Chiharu Sekino | $525.00 | $945.00 |
| 6/22/2021 | 0.3 | Review Motion for Enlargement; correspond with team re same. | Chiharu Sekino | $525.00 | $157.50 |
| 6/23/2021 | 0.1 | T/C with LR re discovery issue. | Chiharu Sekino | $525.00 | $52.50 |
| 6/24/2021 | 0.8 | Review response from OC re subpoena; correspond with team re same. | Chiharu Sekino | $525.00 | $420.00 |
| 6/25/2021 | 1.5 | T/C with LR re Care4Kids issue; correspond with OC re same; review production; correspond with team re findings; T/C with client. | Chiharu Sekino | $525.00 | $787.50 |
| 6/28/2021 | 1.3 | T/Cs with LR re discovery issues; correspond with team re next steps; correspond with OC re same; update calendar; correspond with client re same. | Chiharu Sekino | $525.00 | $682.50 |
| 6/30/2021 | 0.8 | Correspond with client re pending discovery issues; correspond with team re same; correspond with OC re deposition schedule and client's personal items. | Chiharu Sekino | $525.00 | $420.00 |
| 7/2/2021 | 0.3 | Correspond with client re additional docs. | Chiharu Sekino | $525.00 | $157.50 |
| 7/3/2021 | 0.8 | Correspond with OC re personal items; T/C with client re same; draft email; review documents. | Chiharu Sekino | $525.00 | $420.00 |
| 7/6/2021 | 1.3 | Correspond with client re personal items; correspond with team re same; finalize and serve additional document production; correspond with OC re same. | Chiharu Sekino | $525.00 | $682.50 |
| 7/9/2021 | 0.3 | Correspond with team re upcoming settlement conference. | Chiharu Sekino | $525.00 | $157.50 |
| 7/12/2021 | 0.5 | Correspond with MO and LR re client items; review documents and begin work on mediation brief. | Chiharu Sekino | $525.00 | $262.50 |
| 7/13/2021 | 2.1 | T/C with client re unemployment benefits issue; correspond with team re same; research re same; work on damages analysis; correspond with AK re same. | Chiharu Sekino | $525.00 | $1,102.50 |
| 7/14/2021 | 1.9 | Correspond with client re unemployment benefit issue; T/C with LR re same; correspond with AK re pulling earning statement info; begin draft of settlement conference memo; | Chiharu Sekino | $525.00 | $997.50 |
| 7/14/2021 | 2.7 | Organized earning statements by date; reviewed timestamps | Anika Keuning | $100.00 | $270.00 |
| 7/16/2021 | 1.8 | Create revised damages chart for settlement conference; research re emotional distress and punitive damages. | Chiharu Sekino | $525.00 | $945.00 |
| 7/17/2021 | 1.2 | Research and update damages chart. | Chiharu Sekino | $525.00 | $630.00 |
| 7/18/2021 | 0.1 | Update team re status and next steps. | Chiharu Sekino | $525.00 | $52.50 |

| Date | Hours | Description | Timekeeper | Rate | Total |
|---|---|---|---|---|---|
| 7/19/2021 | 4.7 | Research re calculating punitive and emotional distress damages; revise damages chart; correspond with MO re same. | Chiharu Sekino | $525.00 | $2,467.50 |
| 7/22/2021 | 3.4 | Research re various claims; T/C with client re benefits issue; update damages chart. | Chiharu Sekino | $525.00 | $1,785.00 |
| 7/23/2021 | 10.3 | Finalize draft of damages chart and settlement conference memo (and exhibits); review documents; correspond with MO re same. | Chiharu Sekino | $525.00 | $5,407.50 |
| 7/25/2021 | 0.1 | Correspond with OC and MO re Ds motion for extension. | Chiharu Sekino | $525.00 | $52.50 |
| 7/26/2021 | 0.4 | Review revisions from AK; correspond with AK re settlement conference memo. | Chiharu Sekino | $525.00 | $210.00 |
| 7/27/2021 | 4.2 | Compare timestamps and earning statements; look through production docs; review settlement conference memo; correspond with CS re same. | Anika Keuning | $100.00 | $420.00 |
| 7/29/2021 | 0.9 | Review mediation brief and damages chart; correspond with MO and client re same. | Chiharu Sekino | $525.00 | $472.50 |
| 7/30/2021 | 2.1 | T/Cs with client re damages; revise and send final damages chart to OC; correspond with MO re same. | Chiharu Sekino | $525.00 | $1,102.50 |
| 7/30/2021 | 2.7 | Review chart of text messages for best samples; pull and highlight samples from PDF | Anika Keuning | $100.00 | $270.00 |
| 8/2/2021 | 3.3 | Review and revise settlement conference memo; review additional documents; correspond with client and MO re same; correspond with AK re additional exhibits to be added. | Chiharu Sekino | $525.00 | $1,732.50 |
| 8/3/2021 | 0.4 | Correspond with AK re settlement conference; correspond with client re same. | Chiharu Sekino | $525.00 | $210.00 |
| 8/4/2021 | 0.9 | Correspond with client and MO settlement conference; review and revise same. | Chiharu Sekino | $525.00 | $472.50 |
| 8/4/2021 | 0.3 | Review final memo and exhibits | Anika Keuning | $100.00 | $30.00 |
| 8/4/2021 | 0.1 | Review Docket/Filings and Provide Update to Appropriate Attorneys | Elena DiBattista | | $0.00 |
| 8/5/2021 | 2.1 | Correspond with AK re research issue; review, revise, and finalize memo; correspond with client and MO re same; review response of OC re damages analysis. | Chiharu Sekino | $525.00 | $1,102.50 |
| 8/6/2021 | 0.8 | Research re mitigating damages and emotional distress damages; correspond w CS | Anika Keuning | $100.00 | $80.00 |
| 8/6/2021 | 3.4 | Review and revise memo; correspond with client re same; prepare for settlement conference; review research of AK re same; T/C with client re questions. | Chiharu Sekino | $525.00 | $1,785.00 |
| 8/9/2021 | 1.8 | Review, revise, and finalize settlement conference memo; send same to Chambers; correspond with client re same; prepare for mediation. | Chiharu Sekino | $525.00 | $945.00 |
| 8/11/2021 | 0.8 | Prepare for mediation. | Chiharu Sekino | $525.00 | $420.00 |
| 8/12/2021 | 2.4 | Prep for settlement conference; correspond with client and MO re same; work with AK re research issues. | Chiharu Sekino | $525.00 | $1,260.00 |
| 8/12/2021 | 2 | Prep for settlement conference; call with client re same; work with CS re research issues. | Anika Keuning | $100.00 | $200.00 |
| 8/13/2021 | 8.1 | Prepare for and attend settlement conference; correspond with OC re same. | Chiharu Sekino | $525.00 | $4,252.50 |
| 8/16/2021 | 0.1 | Review Docket/Filings and Provide Update to Appropriate Attorneys | Elena DiBattista | | $0.00 |
| 8/25/2021 | 2.2 | Correspond with OC and client; T/C with JEM and MO re settlement; revise settlement agreement. | Chiharu Sekino | $525.00 | $1,155.00 |
| 8/26/2021 | 0.2 | Correspond with OC re dismissal papers. | Chiharu Sekino | $525.00 | $105.00 |
| 8/27/2021 | 1.7 | Review and revise settlement agreement and joint motion to dismiss; correspond with MO re same; T/C with client; correspond with OC re same. | Chiharu Sekino | $525.00 | $892.50 |
| 8/30/2021 | 0.2 | Review article re related settlement; correspond with JEM re same. | Chiharu Sekino | $525.00 | $105.00 |

| Date | Hours | Description | Timekeeper | Rate | Amount |
|---|---|---|---|---|---|
| 8/31/2021 | 0.6 | Correspond with MO and OC re draft papers re dismissal; revise same and send to OC. | Chiharu Sekino | $525.00 | $315.00 |
| 9/1/2021 | 0.3 | Review Docket/Filings and Provide Update to Appropriate Attorneys | Elena DiBattista | | $0.00 |
| 9/2/2021 | 0.6 | Correspond with OC and client re status; update calendar. | Chiharu Sekino | $525.00 | $315.00 |
| 9/7/2021 | 3.6 | Review and revise settlement papers; correspond with MO and OC re same; correspond with client re same; upload all docs. | Chiharu Sekino | $525.00 | $1,890.00 |
| 9/8/2021 | 0.4 | Correspond with client re tax documents; correspond with OC re same. | Chiharu Sekino | $525.00 | $210.00 |
| 9/9/2021 | 0.6 | Correspond with client re settlement papers; correspond with OC re same. | Chiharu Sekino | $525.00 | $315.00 |
| 9/10/2021 | 0.2 | Correspond with OC re settlement papers. | Chiharu Sekino | $525.00 | $105.00 |
| 9/12/2021 | 0.3 | Correspond with OC re settlement papers; review same. | Chiharu Sekino | $525.00 | $157.50 |
| 9/13/2021 | 1 | Correspond with client and OC re settlement papers; review and revise same; correspond with CC re same. | Chiharu Sekino | $525.00 | $525.00 |
| 9/14/2021 | 0.6 | Correspond with OC re settlement papers; review same; send final papers to client. | Chiharu Sekino | $525.00 | $315.00 |
| 9/15/2021 | 1.2 | Correspond with client re status; T/Cs with BP; correspond with BP and LR re next steps; draft close out letter. | Chiharu Sekino | $525.00 | $630.00 |
| 9/23/2021 | 0.3 | Correspond with client and team re status of settlement approval. | Chiharu Sekino | $525.00 | $157.50 |
| 9/24/2021 | 0.2 | Correspond with team re dismissal papers. | Chiharu Sekino | $525.00 | $105.00 |
| | | | | | $143,204.50 |
| | | **Miller Shah Expense Entries** | | | |
| 6/30/2021 | | Computer Research/Access | Elena DiBattista | N/A | $ 41.86 |
| 7/30/2021 | | Computer Research/Access (Westlaw) | Elena DiBattista | N/A | $ 107.04 |
| 12/31/2020 | | Computer Research/Access (Westlaw) | Elena DiBattista | N/A | $ 13.79 |
| 1/15/2021 | | Filing Fees | Elena DiBattista | N/A | $ 402.00 |
| 2/4/2021 | | Notary Fee | Elena DiBattista | N/A | $ 15.00 |
| | | | | | $ 579.69 |