# EXHIBIT B

| Matter Description | Date | User | Activity Type | Description | Note | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|
| Vega v. BRC | 2/25/2021 | Ernie Eastham | Time entry | (5) Litigation Strategy, Analysis & Case Management | Apply, arrange, and confirm Pro Hac Vice PACER access to USDC Connecticut for M Olivier | 0.6 | $200.00 | $120.00 |
| Vega v. BRC | 10/28/2020 | Monique Olivier | Time entry | (2) Complaint and Pre-Complaint Investigation | Review and revise demand letter; confer with CS re sa | 0.6 | $875.00 | $525.00 |
| Vega v. BRC | 12/3/2020 | Monique Olivier | Time entry | (5) Litigation Strategy, Analysis & Case Management | Confer with CS re status of case and strategy for litigati | 0.5 | $875.00 | $437.50 |
| Vega v. BRC | 12/4/2020 | Monique Olivier | Time entry | (8) Mediation/Settlement Efforts | Confer with JEM re settlement strategy; follow up with CS re same and possible demand | 0.5 | $875.00 | $437.50 |
| Vega v. BRC | 12/4/2020 | Monique Olivier | Time entry | (1) Client Communication | Meeting with client and CS re claims and allegatio | 0.8 | $875.00 | $700.00 |
| Vega v. BRC | 12/9/2020 | Monique Olivier | Time entry |  | Confer with CS re damages analysis for client; review damages calculatio | 0.6 | $875.00 | $525.00 |
| Vega v. BRC | 12/11/2020 | Monique Olivier | Time entry | (10) Miscellaneous (must be specific) | Review correspondence from OC re claims, damages and assignment to outside couns communicate with CS/JEM re same | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 12/11/2020 | Monique Olivier | Time entry | (8) Mediation/Settlement Efforts | Confer with OC re claims and potential resolution re same; confer with JEM and CS re same | 0.5 | $875.00 | $437.50 |
| Vega v. BRC | 1/8/2021 | Monique Olivier | Time entry | (2) Complaint and Pre-Complaint Investigation | Confer with CS re status of complaint; investigation with plaintiff re facts and strateg claims | 0.4 | $875.00 | $350.00 |
| Vega v. BRC | 1/13/2021 | Monique Olivier | Time entry | (2) Complaint and Pre-Complaint Investigation | Review and revise complaint; confer with CS re sa | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 1/29/2021 | Monique Olivier | Time entry | (10) Miscellaneous (must be specific) | Follow up with CS re lack of response from in-house counsel and next steps for servic summons and complaint | 0.2 | $875.00 | $175.00 |
| Vega v. BRC | 2/1/2021 | Monique Olivier | Time entry | (10) Miscellaneous (must be specific) | Review response from in-house counsel; follow up with OC re service of summons complaint; confer with CS re same and re PHV applications | 0.6 | $875.00 | $525.00 |
| Vega v. BRC | 2/2/2021 | Monique Olivier | Time entry | (10) Miscellaneous (must be specific) | Review draft PHV application; confer with co-counsel and staff re sar | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 2/18/2021 | Monique Olivier | Time entry | Case organization and managm | Complete PHV affidavit; confer with co-counsel re sam | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 3/9/2021 | Monique Olivier | Time entry | (5) Litigation Strategy, Analysis & Case Management | Confer with CS re Rule 26 conference and early disclosures; schedule re sa | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 4/5/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review draft 26f reports from CS and OC; confer with CS re same; participate in meet a confer with OC re 26f report; revise report with CS | 1.5 | $875.00 | $1,312.50 |
| Vega v. BRC | 4/7/2021 | Monique Olivier | Time entry | (4) Pleadings, Briefs, Pretrial Motion (including legal research) (must specify type of motion) | Confer with CS re status of answer and possible default | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 5/13/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review and revise initial discovery disclosures and damages evaluations; confer with C same | 1.1 | $875.00 | $962.50 |
| Vega v. BRC | 5/14/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Confer with co-counsel re damages calculations and revisions to same | 0.6 | $875.00 | $525.00 |
| Vega v. BRC | 5/16/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review/edit responses to initial discovery protocols and damages estimates; confer wit re same | 0.6 | $875.00 | $525.00 |
| Vega v. BRC | 5/17/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Further review of initial discovery protocol responses; confer with CS re same | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 5/17/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Effort | Confer with CS re settlement demand; review email to OC re sa | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 5/28/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review D response to discovery protocol; P response to discovery protocol; relat documents | 0.6 | $875.00 | $525.00 |
| Vega v. BRC | 5/28/2021 | Monique Olivier | Time entry | (5) Litigation Strategy, Analysis & Case Management | Confer with CS re discovery strategy, client mitigation and depositio | 0.2 | $875.00 | $175.00 |
| Vega v. BRC | 5/28/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review subpoena for Care4Kids; research re same; confer with CS re same | 0.5 | $875.00 | $437.50 |
| Vega v. BRC | 6/3/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Effort | Confer with CS re defendant's counter and P's further dema | 0.2 | $875.00 | $175.00 |
| Vega v. BRC | 6/3/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review Defendant's response to initial FLSA protocols | 0.4 | $875.00 | $350.00 |
| Vega v. BRC | 6/3/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review and revise first set of rogs and RFPs | 0.7 | $875.00 | $612.50 |
| Vega v. BRC | 6/7/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Confer with CS re Care4Kids subpoena and strategy re same; research motion to qu exemplars | 0.5 | $875.00 | $437.50 |
| Vega v. BRC | 6/8/2021 | Monique Olivier | Time entry | (4) Pleadings, Briefs, Pretrial Motions (including legal research (must specify type of motion) | Confer with CS re motion to quash subpoena; review and revise motion to quash supporting documents | 0.7 | $875.00 | $612.50 |
| Vega v. BRC | 6/8/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Confer with CS re objections to 3rd party subpoena to Care4Kids; review and re objections | 0.5 | $875.00 | $437.50 |

| Case | Date | Timekeeper | Type | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| Vega v. BRC | 6/8/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Confer with KC re strategy to object/quash third party subpoena | 0.4 | $875.00 | $350.00 |
| Vega v. BRC | 6/9/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Confer with CS re motion to quash third party subpoena; review and revise motion to quash | 0.7 | $875.00 | $612.50 |
| Vega v. BRC | 6/9/2021 | Monique Olivier | Time entry | (4) Pleadings, Briefs, Pretrial Motions (including legal research) (must specify type of motion) | Review correspondence between OC and CS; follow up with CS and LR re motion to quash edits and response to emails | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 6/11/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Effort | Confer with CS re settlement conference | 0.2 | $875.00 | $175.00 |
| Vega v. BRC | 6/13/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Effort | Review and respond to CS emails re settlement conference and discovery | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 6/15/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review and revise P responses to discovery requests | 0.5 | $875.00 | $437.50 |
| Vega v. BRC | 6/16/2021 | Monique Olivier | Time entry | (6) Hearings/Depositions – Preparation and attendance | Review and revise PMK deposition topics and notice | 0.5 | $875.00 | $437.50 |
| Vega v. BRC | 6/16/2021 | Monique Olivier | Time entry | (6) Hearings/Depositions – Preparation and attendance | Confer with CS re NODs for fact witnesses | 0.2 | $875.00 | $175.00 |
| Vega v. BRC | 6/21/2021 | Monique Olivier | Time entry | (5) Litigation Strategy, Analysis & Case Management | Review discovery and briefing schedule; confer with CS re same | 0.4 | $875.00 | $350.00 |
| Vega v. BRC | 6/22/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review correspondence between co-counsel and OC re motion for extension; review motion for extension | 0.4 | $875.00 | $350.00 |
| Vega v. BRC | 6/24/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review email from OC re status of meet and confer re Care4Kids subpoena; confer with CS re same | 0.2 | $875.00 | $175.00 |
| Vega v. BRC | 6/24/2021 | Monique Olivier | Time entry | (6) Hearings/Depositions – Preparation and attendance | Follow up with CS re status of depositions | 0.2 | $875.00 | $175.00 |
| Vega v. BRC | 6/28/2021 | Monique Olivier | Time entry | (5) Litigation Strategy, Analysis & Case Management | Review order vacating deadlines; confer with CS re order and deposition schedule | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 7/6/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Review and respond to CS email with additional production documents; strategy re same | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 7/13/2021 | Monique Olivier | Time entry | (3) Written Discovery, Investigations, Factual Research | Confer with CS re strategy for additional claims re unemployment denial | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 7/27/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Efforts | Review and revise damages calculations and settlement conference statement and exhibits | 1.8 | $875.00 | $1,575.00 |
| Vega v. BRC | 7/30/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Effort | Review revised damages estimate; confer with CS re same | 0.3 | $875.00 | $262.50 |
| Vega v. BRC | 8/4/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Efforts | Review settlement conference statement and revised exhibits; confer with CS re same and strategy for exchange | 0.7 | $875.00 | $612.50 |
| Vega v. BRC | 8/12/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Effort | Prepare client for mediation | 0.5 | $875.00 | $437.50 |
| Vega v. BRC | 8/13/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Effort | Settlement Conference | 8.5 | $875.00 | $7,437.50 |
| Vega v. BRC | 8/27/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Effort | Review and revise settlement agreement; confer with CS re same | 1.2 | $875.00 | $1,050.00 |
| Vega v. BRC | 8/31/2021 | Monique Olivier | Time entry | (4) Pleadings, Briefs, Pretrial Motions (including legal research) (must specify type of motion) | Research re approval of FLSA settlements; review and revise joint motion for approval of settlement | 1.1 | $875.00 | $962.50 |
| Vega v. BRC | 9/7/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Efforts | Review revised draft of settlement agreement, motion to dismiss claims; confer with CS re same | 0.4 | $875.00 | $350.00 |
| Vega v. BRC | 9/9/2021 | Monique Olivier | Time entry | (8) Mediation/Settlement Effort | Review final settlement papers; confer with CS re same | 0.5 | $875.00 | $437.50 |
| | | | | | | | | **$31,095.00** |